

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-22-00001-CV

---

IN THE MATTER OF THE MARRIAGE OF BRANDY LYNN ESTES AND JEFFERY
BRIAN ESTES AND IN THE INTEREST OF S.E.E. AND M.B.E., CHILDREN

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 18D1319-202

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:       June 14, 2022
Date Decided:        June 15, 2022